**Kathleen M. Clarke**
**Adminstrative Judge**

EEOC No. 160-2003-08433X
Agency No. DOT 1-03-1012

**William Midgette**
    **Complainant**

v.

**Norman Mineta**
**Secretary**
**Transportation**
**D.O.T.**
    **Agency.** CAMBRIDGE, MASS

**To avoid conflicting dates for up coming personal matters, is it possible to get an estimate or approximate date and time of this hearing. Any info will be appreciated. Thank-you.**

**William Midgette Jr.**
**5 Admiral's Way Apt# 117**
**Chelsea, Ma. 02150-4004**
**Ph (617) 889-0733**

*William Midgette*
WM