UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM MIDGETTE,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TRANSPORTATION, and TRANSPORTATION SECURITY ADMINISTRATION,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 05-10129-RGS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## UNITED STATES' MOTION TO DISMISS THE COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)

Pursuant to Fed. R. Civ. P. 12(b)(6), the United States hereby moves for dismissal on the ground that the plaintiff has failed to state a claim for which relief may be granted. In support of the motion, the United States submits that attached memorandum of law.

Wherefore, the United States requests that the complaint be dismissed.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

                  /s/ Jeffrey M. Cohen
   By:  Jeffrey M. Cohen
                Assistant U.S. Attorney
                John Joseph Moakley Federal Courthouse
                One Courthouse Way, Suite 9200
                Boston, MA   02210
Dated: June 24, 2005       (617) 748-3100

## CERTIFICATION UNDER L.R. 7.1

The Defendants takes the position that L.R. 7.1 requires "counsel" to confer and is not

applicable where, as here, the opposing party is *pro se*. Alternatively, counsel for the Defendants respectfully requests leave to file this Motion without a 7.1 conference.

                                           /s/ Jeffrey M. Cohen  
                                           Jeffrey M. Cohen  
                                           Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

      I certify that on June 24, 2005, I caused a copy of the foregoing Motion to be served on Plaintiff by first class mail, postage pre-paid to Apt. 117, 5 Admiral Way, Chelsea, MA 02150-4004

                                           /s/ Jeffrey M. Cohen  
                                           Jeffrey M. Cohen  
                                           Assistant U.S. Attorney