UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

WILLIAM MIDGETT E

    V.                                  CIVIL ACTION NO. 05-10129-RGS

SECRETARY OF DEPARTMENT OF TRANSPORTATION

## ORDER OF DISMISSAL

**STEARNS, DJ.**                                                              **DECEMBER 14, 2005**

IN ACCORDANCE WITH THIS COURT'S ALLOWANCE OF THE DEFENDANT'S MOTION TO DISMISS,

IT IS HEREBY ORDERED: THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED.

SO ORDERED.

                                                            RICHARD G. STEARNS
                                                            UNITED STATES DISTRICT JUDGE

        **BY:**

                                                   **/s/ Mary H. Johnson**
                                                      **Deputy Clerk**